■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GOMEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Heller, J.), rendered September 11, 1984, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel is relieved *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA GREEN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Potoker, J.), rendered March 29, 1984, convicting her of robbery in the second degree, grand larceny in the third degree, criminal possession of stolen property in the second degree (two counts), criminal possession of stolen property in the third degree and unauthorized use of a vehicle in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Langhorn,* 119 AD2d 844, *lv denied* 68 NY2d 758; *People v Cook,* 119 AD2d 688, *lv denied* 68 NY2d 666; *People v Demonde,* 111 AD2d 867). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.